*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

*\*E-FILED - 7/23/07\**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFONRIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| SUSAN JENNINGS | ) | CASE NO. C01-21024 RMW EAI AR |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER OF DISMISSAL** |
| WHITEHALL-ROBINS, et al. | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1), that the above-captioned action be and hereby is dismissed with prejudice and without costs to any party.

Dated: November __, 2006

LOPEZ HODES RESTAINO MILMAN & SKIKOS

By: _____
MELINDA DAVIS NOKES
Attorneys for Plaintiff Sandra Espinoza

Dated: November 30, 2006

GORDON & REES, LLP

By: _____ for Melissa Fairbrother
MELISSA FAIRBROTHER
Attorneys for Defendant WYETH (fka American Home Products Corporation), Its Unincorporated Division Wyeth Consumer Healthcare (fka White-Robins Healthcare)

Case No. C01-21024 RMW EAI AR                    STIPULATION AND ORDER 0F DISMISSAL

ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice, pursuant to the foregoing Stipulation of Dismissal signed by counsel of record to the parties in this matter.

Dated this  23  day of ~~January~~, 2007.
                              July

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court  Judge

Case No. C01-21024 RMW EAI AR                    STIPULATION AND ORDER 0F DISMISSAL